# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
July 1, 2022

Lyle W. Cayce
Clerk

No. 21-51162
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ISRAEL MIRELES,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
No. 7:21-CR-188-1

Before SMITH, STEWART, and GRAVES, *Circuit Judges*.

PER CURIAM:*

The attorney appointed to represent Israel Mireles has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mireles has filed responses.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-51162

The record is not sufficiently developed for a fair evaluation of Mireles's claims of ineffective assistance of counsel; we therefore decline to consider them without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief, relevant portions of the record, and Mireles's responses. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Mireles's motion for appointment of counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).